# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Annie Cordos, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00698-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Kaseem Pennington, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2018 Order.

August 6, 2018

*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court